## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:  TERRANCE L KEYS | § § § § | Case No.: 08-09668 |
|  RHONDA L KEYS | § |  |
|  |  |  |
|  Debtor(s) | § § | |

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 04/18/2008.

2)    This case was confirmed on 08/27/2008.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)    The case was converted on 03/29/2011.

6)    Number of months from filing to the last payment:  34

7)    Number of months case was pending:  36

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $     11,174.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

====================================================================

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 20,400.00 |
| Less amount refunded to debtor | $ | 113.47 |
| **NET RECEIPTS** | $ | 20,286.53 |

====================================================================

====================================================================

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,500.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 1,376.11 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,876.11 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

====================================================================

====================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL LABORATORIES | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| ADVOCATE PROFFESIONA | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| NEXTEL | UNSECURED | 1,672.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,685.00 | 2,634.28 | 2,634.28 | 136.40 | .00 |
| SBC ILLINOIS | UNSECURED | 112.00 | 112.89 | 112.89 | .00 | .00 |
| AT&T | UNSECURED | 529.92 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 206.00 | .00 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3,273.00 | 2,493.81 | 2,493.81 | 136.67 | .00 |
| CITI BP OIL | UNSECURED | 643.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 600.00 | 200.00 | 200.00 | .00 | .00 |
| COMCAST | UNSECURED | 266.33 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 298.44 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 918.01 | 918.01 | 918.01 | 46.63 | .00 |
| CREDIT MANAGEMENT SV | UNSECURED | 100.27 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 58.66 | NA | NA | .00 | .00 |
| CMS | UNSECURED | 1,169.76 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 294.68 | NA | NA | .00 | .00 |
| EMERGENCY PYSICIANS | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 699.00 | 699.61 | 699.61 | 33.25 | .00 |
| IC SYSTEM | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| ICS | UNSECURED | 298.40 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 280.00 | 578.71 | 578.71 | 15.69 | .00 |

====================================================================

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WEST SUBURBAN MEDICA | UNSECURED | 223.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| MUNCIPAL COLLECTION | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| LADIES WORKOUT EXPRE | UNSECURED | 369.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL GROUP | UNSECURED | 1,170.87 | NA | NA | .00 | .00 |
| PARK NATIONAL BANK | UNSECURED | 861.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,637.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,145.01 | 5,490.16 | 5,490.16 | 308.79 | .00 |
| MCSI/RMI | UNSECURED | 50.00 | 50.00 | 50.00 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 5,894.00 | 9,629.48 | 9,629.48 | 541.60 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 3,754.00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| SOUTHWEST CREDIT SYS | UNSECURED | 278.68 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 463.43 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 2,038.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 533.60 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| HARLEM FURNITURE | UNSECURED | 3,339.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 332.00 | 342.97 | 342.97 | 15.16 | .00 |
| DEE PHASE 1 | OTHER | .00 | NA | NA | .00 | .00 |
| MAXINE WILLIS | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL MORTGA | SECURED | 2,500.00 | .00 | 2,500.00 | 1,387.38 | 264.08 |
| CITIFINANCIAL MORTGA | UNSECURED | 12,270.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,700.00 | 3,339.32 | 3,339.32 | 187.40 | .00 |
| NUVELL CREDIT CO LLC | SECURED | 10,825.00 | 11,877.80 | 10,825.00 | 5,603.73 | 1,237.85 |
| NUVELL CREDIT CO LLC | UNSECURED | 3,474.00 | .00 | 1,052.80 | 46.89 | .00 |
| ZALES | SECURED | 200.00 | .00 | 642.00 | 388.14 | 54.80 |
| ZALES | UNSECURED | 441.88 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | SECURED | 500.00 | .00 | 1,195.00 | 673.27 | 108.73 |
| ZENITH ACQUISITION | UNSECURED | 695.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 800.00 | 800.00 | 800.00 | 800.00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | NA | 1,195.59 | 1,195.59 | 48.93 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 206.91 | 206.91 | .00 | .00 |
| MTGLQ | UNSECURED | NA | 59,936.96 | 59,936.96 | 3,371.03 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 83.40 | 83.40 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 4.00 | 4.00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

```
·==========================================================================·
| Summary of Disbursements to Creditors:                                   |
|                                                                          |
|                                  Claim        Principal         Int.     |
|                                  Allowed        Paid            Paid     |
| Secured Payments:                                                        |
|     Mortgage Ongoing                 .00           .00           .00     |
|     Mortgage Arrearage               .00           .00           .00     |
|     Debt Secured by Vehicle    13,325.00      6,991.11      1,501.93     |
|     All Other Secured           1,837.00      1,061.41        163.53     |
| TOTAL SECURED:                 15,162.00      8,052.52      1,665.46     |
|                                                                          |
| Priority Unsecured Payments:                                             |
|     Domestic Support Arrearage       .00           .00           .00     |
|     Domestic Support Ongoing         .00           .00           .00     |
|     All Other Priority            804.00        804.00           .00     |
| TOTAL PRIORITY:                   804.00        804.00           .00     |
|                                                                          |
| GENERAL UNSECURED PAYMENTS:    88,964.90      4,888.44           .00     |
·==========================================================================·


·==========================================================================·
| Disbursements:                                                           |
|                                                                          |
|     Expenses of Administration      $     4,876.11                       |
|     Disbursements to Creditors      $    15,410.42                       |
|                                                                          |
| TOTAL DISBURSEMENTS:                            $    20,286.53           |
·==========================================================================·
```

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:   04/26/2011          /s/ Tom Vaughn_____
                             Tom Vaughn, Chapter 13 Trustee

STATEMENT   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**